973 A.2d 942

BENJAMIN NUDGE, PLAINTIFF–PETITIONER, v. NEW JERSEY STATE PAROLE BOARD, DEFENDANT–RESPONDENT.

June 3, 2009.

973 A.2d 942

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DARIUS INGRAM, DEFENDANT–PETITIONER.

June 3, 2009.

ORDERED that certification is granted, and the within matter is summarily remanded to the trial court for appropriate resentencing on a charge of second-degree robbery on Essex County Indictment 91–01–00186.

973 A.2d 942

STATE OF NEW JERSEY, PLAINTIFF–RESPONDENT, v. DARIUS INGRAM, DEFENDANT–PETITIONER.

June 3, 2009.

ORDERED that certification is granted and the matter is summarily remanded to the trial court for appropriate sentencing after defendant is resentenced on Essex County Indictment 91–01–00186.